1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11
   JAMES JEFFERSON,                    Case No. CV 07 5888
12
              Plaintiff,                DISCLOSURE STATEMENT OF
13                                      McKESSON CORPORATION
       v.                               [F.R.C.P. 7.1]
14
   SMITHKLINE BEECHAM
15 CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
16 CORPORATION,

17            Defendants.

18

19

20      The undersigned, counsel of record for Defendant MCKESSON CORPORATION

21 furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

22      MCKESSON CORPORATION, a publicly traded company, is the ultimate parent

23 corporation, through several levels of wholly owned subsidiaries, of defendant,

24 MCKESSON CORPORATION. No publicly held company owns ten percent or more of

25 the stock of MCKESSON CORPORATION.

26

27

28

1  Dated: November 20, 2007

DRINKER BIDDLE & REATH LLP

*[signature]*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392058\1

DISCLOSURE STATEMENT OF MCKESSON              2              CASE NO.