DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES JEFFERSON,

    Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION,

    Defendants.

Case No. CV 07 5888

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
[CIV. L.R. 3-16]

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the ultimate parent corporation.

1  Defendant McKESSON CORPORATION knows of no such interest other than
2  that of the named parties.

3
4  Dated: November 20, 2007                     DRINKER BIDDLE & REATH LLP

5
                                               /s/ Krista L. Cosner
6                                              KRISTA L. COSNER

7                                              Attorneys for Defendants
                                               SMITHKLINE BEECHAM
8                                              CORPORATION dba
                                               GLAXOSMITHKLINE and McKESSON
9                                              CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392062\1

2

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO.