DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-05888-SC

JAMES JEFFERSON

Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE and
MCKESSON CORPORATION

Defendants

DECLARATION OF DAVID C. ANDERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND SUPPORTING MEMORANDUM

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion For Remand And

Supporting Memorandum. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. A true and accurate copy of Notice of Ruling with attached Revised Ruling on Request for Reconsideration by Judge Victoria Chaney), *Vioxx Cases*, California Superior Court for Los Angeles County, Case No. JCCP 4347, filed on or about May 22, 2006, attached as **Exhibit A**.

3. A true and accurate copy of *Reid, et al., v. Merck & Company, Inc., et al.*, Case No. CV 02-00504 NM (RZx) attached as **Exhibit B.**

4. A true and accurate copy of *Black, et al., v. Merck & Company, Inc., et al.*, Case No. CV 03-8730 NM (AJWx) attached as **Exhibit C.**

5. A true and accurate copy of *Albright, et al. v. Merck & Co., Inc., et al.*, No CV 05-4025 JFW (MANx) attached as **Exhibit D.**

6. A true and accurate copy of *Aaroe, et al., v. Merck & Co., Inc., et al.*, No CV05-5559 JFW (CWx) attached as **Exhibit E**.

7. A true and accurate copy of *Maher v. Novartis Pharmaceuticals Corp., et al.*, No. 07-852 WQH (JMA) attached as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of December, 2007, in Orange, Virginia.

Dated: December 3, 2007              Respectfully submitted,


                                                 /s/
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com