1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   DOROTHY BONE,                          No. C 07-05886 MHP
                                               C 07-05587 MHP
9              Plaintiff(s),                    C 07-05888 MHP
                                               C 07-05889 MHP
10    v.                                        C 07-05890 MHP
                                               C 07-05891 MHP
11  SMITHKLINE BEECHAM CORP,
                                           **CLERK'S NOTICE**
12             Defendant(s).               **(Scheduling Case Management Conference
                                           in Reassigned Case)**
13  *And related actions as listed*
    ─────────────────────────────/
14

15        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17  **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19  Management Statement on all defendants, and shall also serve a copy of this notice on all

20  defendants.

21

22                                         Richard W. Wieking
                                           Clerk, U.S. District Court
23

24

25  Dated:  December 5, 2007
                                           Anthony Bowser, Deputy Clerk to the
26                                         Honorable Marilyn Hall Patel
                                                   (415) 522-3140
27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8  DOROTHY BONE,                          No. C 07-05886 MHP
                                             C 07-05587 MHP
9              Plaintiff(s),                  C 07-05888 MHP
                                             C 07-05889 MHP
10    v.                                      C 07-05890 MHP
                                             C 07-05891 MHP
11  SMITHKLINE BEECHAM CORP,
                                          **CLERK'S NOTICE**
12             Defendant(s).              **(Scheduling Case Management Conference**
                                          **in Reassigned Case)**
13  *And related actions as listed*
   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/
14

15         This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17  **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19  Management Statement on all defendants, and shall also serve a copy of this notice on all

20  defendants.

21

22                                        Richard W. Wieking
                                          Clerk, U.S. District Court
23

24

25  Dated:  December 5, 2007
                                          Anthony Bowser, Deputy Clerk to the
26                                        Honorable Marilyn Hall Patel
                                               (415) 522-3140
27

28

*United States District Court*
*For the Northern District of California*

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   DOROTHY BONE,                          No. C 07-05886 MHP
                                               C 07-05587 MHP
9              Plaintiff(s),                    C 07-05888 MHP
                                               C 07-05889 MHP
10     v.                                      C 07-05890 MHP
                                               C 07-05891 MHP
11  SMITHKLINE BEECHAM CORP,
                                           **CLERK'S NOTICE**
12             Defendant(s).               **(Scheduling Case Management Conference
                                           in Reassigned Case)**
13  *And related actions as listed*
    ————————————————————————/
14

15          This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17  **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19  Management Statement on all defendants, and shall also serve a copy of this notice on all

20  defendants.

21

22                                         Richard W. Wieking
                                           Clerk, U.S. District Court
23

24

25  Dated:  December 5, 2007               Anthony Bowser, Deputy Clerk to the
                                           Honorable Marilyn Hall Patel
26                                                (415) 522-3140

27

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    DOROTHY BONE,                              No. C 07-05886 MHP
                                                    C 07-05587 MHP
9              Plaintiff(s),                         C 07-05888 MHP
                                                    C 07-05889 MHP
10     v.                                           C 07-05890 MHP
                                                    C 07-05891 MHP
11   SMITHKLINE BEECHAM CORP,
                                                **CLERK'S NOTICE**
12             Defendant(s).                    **(Scheduling Case Management Conference**
                                                **in Reassigned Case)**
13   *And related actions as listed*
14   ————————————————————————————/

15        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16   hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17   **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18   conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19   Management Statement on all defendants, and shall also serve a copy of this notice on all

20   defendants.

21
22                                          Richard W. Wieking
23                                          Clerk, U.S. District Court
24
25   Dated:  December 5, 2007                ————————————————————————
                                            Anthony Bowser, Deputy Clerk to the
26                                          Honorable Marilyn Hall Patel
                                                   (415) 522-3140
27
28

United States District Court
For the Northern District of California

1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8   DOROTHY BONE,                          No. C 07-05886 MHP
                                               C 07-05587 MHP
9            Plaintiff(s),                      C 07-05888 MHP
                                               C 07-05889 MHP
10    v.                                       C 07-05890 MHP
                                               C 07-05891 MHP
11  SMITHKLINE BEECHAM CORP,
                                           **CLERK'S NOTICE**
12           Defendant(s).                 **(Scheduling Case Management Conference**
                                           **in Reassigned Case)**
13  *And related actions as listed*
    ───────────────────────────────/
14
15        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending
16  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**
17  **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the
18  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case
19  Management Statement on all defendants, and shall also serve a copy of this notice on all
20  defendants.
21
22                                         Richard W. Wieking
23                                         Clerk, U.S. District Court
24
25  Dated:  December 5, 2007
26                                         Anthony Bowser, Deputy Clerk to the
                                           Honorable Marilyn Hall Patel
27                                               (415) 522-3140
28

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    DOROTHY BONE,                              No. C 07-05886 MHP
                                                    C 07-05587 MHP
9              Plaintiff(s),                         C 07-05888 MHP
                                                    C 07-05889 MHP
10     v.                                           C 07-05890 MHP
                                                    C 07-05891 MHP
11   SMITHKLINE BEECHAM CORP,
                                                **CLERK'S NOTICE**
12             Defendant(s).                    **(Scheduling Case Management Conference
                                                in Reassigned Case)**
13   *And related actions as listed*
     —————————————————————————/
14

15          This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16   hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17   **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18   conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19   Management Statement on all defendants, and shall also serve a copy of this notice on all

20   defendants.

21

22                                              Richard W. Wieking
                                                Clerk, U.S. District Court
23

24

25   Dated:  December 5, 2007
                                                Anthony Bowser, Deputy Clerk to the
26                                              Honorable Marilyn Hall Patel
                                                     (415) 522-3140
27

28

**United States District Court**
**For the Northern District of California**