1  DAVID C. ANDERSEN (State Bar No. 194095)
2  THE MILLER FIRM, LLC
3  108 Railroad Avenue
4  Orange, VA 22960
5  Telephone: (540) 672-4224
6  Facsimile: (540) 672-3055
7  Email: dandersen@doctoratlaw.com

8

9  **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN FRANCISCO DIVISION**

11

12                                                    Case No. 3:07-cv-05888-SC

13                                    :
14  JAMES JEFFERSON                    :
15                                    :
16  Plaintiff,                         :    PLAINTIFF'S AMENDED
17                                    :    NOTICE OF HEARING
18                                    :    FOR MOTION
19                                    :    TO REMAND
20                                    :
21                                    :
22  v.                                 :
23                                    :
24                                    :    HEARING:
25  SMITHKLINE BEECHAM                 :    DATE: January 14, 2008
26  CORPORATION                        :    TIME: 2:00 P.M.
27  d/b/a GLAXOSMITHKLINE and          :    COURTROOM: 15
28  MCKESSON CORPORATION               :    JUDGE: Honorable Marilyn Hall Patel
29                                    :
30  Defendants                         :
31  THIS DOCUMENT RELATES TO:
32  *UPSHAW v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
33  Case No. 3:07-cv-05891-MHP
34  *HALL v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
35  Case No. 3:07-cv-05887-JL
36  *FISHER v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
37  Case No. 3:07-cv-05889-MMC
38  *THORNTON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
39  Case No. 3:07-cv-05890-JL
40  *BONE v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
41  Case No. 3:07-cv-05886-MHP
42

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on January 14, 2008, at 2:00 P.M., or as soon thereafter as the matter may be heard in Courtroom 15 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will move the Court to remand this action to the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR AND IN THE COUNTY OF SAN FRANCISCO, NORTHERN DISTRICT. This remand is proper as no diversity exists among the parties as required by 28 U.S.C. § 1132 and there is no substantial federal question requiring federal jurisdiction.

This motion will be based on Plaintiffs' Motion for Remand, with supporting Memorandum of Points and Authorities.

Dated: December 5, 2007

                                                      /s/

David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald. F. Zimmer
Krista Cosner
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Dated: December 5, 2007

Respectfully submitted,

_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com