DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-05888

JAMES JEFFERSON

Plaintiff,

DECLARATION OF
DAVID C. ANDERSEN IN
SUPPORT OF
PLAINTIFFS' MOTION
FOR REMAND AND
SUPPORTING
MEMORANDUM

v.

SMITHKLINE BEECHAM
CORPORATION
d/b/a GLAXOSMITHKLINE and
MCKESSON CORPORATION

Defendants

I, DAVID C. ANDERSEN, declare:

1.   I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

1

1  to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this
2  Declaration if called as a witness.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.  Executed on this 12th day of December, 2007, in Orange, Virginia.

8  Dated: December 12, 2007          Respectfully submitted,

11                                         _____/s/_____
12                                         David C. Andersen (Bar No. 194095)
13                                         THE MILLER FIRM, LLC
14                                         Attorneys for Plaintiff
15                                         108 Railroad Avenue
16                                         Orange, VA 22960
17                                         Phone: (540) 672-4224
18                                         Fax: (540) 672-3055
19                                         Email:dandersen@doctoratlaw.com