1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  JAMES JEFFERSON,                     Case No. CV-07-5888 MHP

13           Plaintiff,                  **NOTICE OF VACATED HEARING**

14       v.

15  SMITHKLINE BEECHAM
    CORPORATION d/b/a
16  GLAXOSMITHKLINE and McKESSON
    CORPORATION,

17           Defendants.

18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21       PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14,

22  2008 at 2:00 p.m. has been vacated by the Court.

23       On January 8, 2008, the Court's clerk called and informed the undersigned defense

24  counsel and requested that all parties be notified that the above-mentioned hearing is

25  ///

26  ///

27  ///

28  ///

1  vacated due to the Court's determination that the matters are appropriate for resolution
2  without oral argument. *See* Civil Local Rule 7-1(b).

3
4  Dated: January 9, 2008                    DRINKER BIDDLE & REATH LLP

5                                            /S/
6                                            DONALD F. ZIMMER, JR.

7                                            Attorneys for Defendants
                                              SMITHKLINE BEECHAM
8                                             CORPORATION d/b/a
                                              GLAXOSMITHKLINE and McKESSON
9                                             CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28