1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | DOROTHY BONE,                        | Case Nos:
                                          | CV-07-5886 MHP
13 |               Plaintiff,             | CV-07-5887 MHP
                                          | CV-07-5888 MHP
14 |       v.                             | CV-07-5889 MHP
                                          | CV-07-5890 MHP
15 | SMITHKLINE BEECHAM                   | CV-07-5891 MHP
    | CORPORATION d/b/a                   | CV-07-6328 MHP
16 | GLAXOSMITHKLINE and McKESSON         | CV-07-6050 MHP
    | CORPORATION,
17 |                                      |
    |               Defendants.           | **STIPULATION AND [PROPOSED}
18 |                                      | ORDER TO STAY ALL
    | ***And Related Actions As Listed*** | PROCEEDINGS**
19

20

21  THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

22       *Bone, et al.  v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and

23  McKesson Corporation;* Case No. CV-07-5886 MHP.

24       *Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and

25  McKesson Corporation;* Case No. CV-07-6328 MHP

26       *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson

27  Corporation;* Case No. CV-07-5887 MHP.

28       *Hefner, et al.  v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1   *McKesson Corporation;* Case No. CV-07-6050 MHP
2       *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3   *McKesson Corporation;* Case No. CV-07-5888 MHP.
4       *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5   *Corporation;* Case No. CV-07-5889 MHP.
6       *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7   *McKesson Corporation;* Case No. CV-07-5890 MHP.
8       *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9   *McKesson Corporation;* Case No. CV-07-5891 MHP
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

/S/ David C. Anderson
David C. Andersen (Bar No. 194095)
Kristina M. Gigstad
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960

Counsel for Plaintiffs

/S/ Krista L. Cosner
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Sean P. Fahey (Pa. Bar No. 73305)
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Counsel for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: January __, 2008

---
Hon. Marilyn H. Patel
United States District Court, Northern District of California