DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>　　　　　Defendants.<br><br>*And Related Actions As Listed* | Case Nos:<br>CV-07-5886 MHP<br>CV-07-5887 MHP<br>CV-07-5888 MHP<br>CV-07-5889 MHP<br>CV-07-5890 MHP<br>CV-07-5891 MHP<br>CV-07-6328 MHP<br>CV-07-6050 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO STAY ALL**<br>**PROCEEDINGS** |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

　　*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

　　*Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

　　*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

　　*Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and

1  *McKesson Corporation;* Case No. CV-07-6050 MHP
2      *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3  *McKesson Corporation;* Case No. CV-07-5888 MHP.
4      *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5  *Corporation;* Case No. CV-07-5889 MHP.
6      *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7  *McKesson Corporation;* Case No. CV-07-5890 MHP.
8      *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9  *McKesson Corporation;* Case No. CV-07-5891 MHP
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2   that there will be a stay of: (a) all pretrial activity in these cases, including any remand
3   motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of
4   Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of
5   these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. §
6   1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the
7   Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of
8   Pennsylvania.

   IT IS SO STIPULATED:

/S/ David C. Anderson                         /S/ Krista L. Cosner
David C. Andersen (Bar No. 194095)            Donald F. Zimmer, Jr. (Bar No. 112279)
Kristina M. Gigstad                           Krista L. Cosner (Bar No. 213338)
THE MILLER FIRM, LLC                          DRINKER BIDDLE & REATH LLP
108 Railroad Avenue                           50 Fremont Street, 20th Floor
Orange, VA 22960                              San Francisco, CA  94105-2235

Counsel for Plaintiffs

                                              Sean P. Fahey (Pa. Bar No. 73305)
                                              PEPPER HAMILTON, LLP
                                              3000 Two Logan Square
                                              18th & Arch Streets
                                              Philadelphia, PA 19103

                                              Counsel for Defendant
                                              SmithKline Beecham Corporation
                                              d/b/a GlaxoSmithKline

   Pursuant to stipulation, IT IS SO ORDERED:

Dated: ~~January~~ February 1, 2008



Hon. Marilyn H. Patel
United States District Judge, Northern
District of California

IT IS SO ORDERED
Judge Marilyn H. Patel