**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

April 23, 2008

Eastern District of Pennsylvania

600 Arch Street

Philadelphia, PA 19106-1679


RE: CV 07-05888 MHP    James Jefferson -v- SmithKline Beecham Corp. et al.

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

        ☒    All docket entries/documents.

        ☒    Transferral Order.


    Please acknowledge receipt of the above documents on the attached copy of this letter.


        Sincerely,
        RICHARD W. WIEKING, Clerk

        *(signature)*

        by:  <u>Simone Voltz</u>
        Case Systems Administrator


Enclosures
Copies to counsel of record